# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KIP MCCABE, SR. & ANGELA MCCABE, :    No. 297 MAL 2018
APRIL & MATTHEW SNYDER, :
JACQUELINE & BARRY TITUS, :
JEFFREY & COLLEEN WALKER, PAM :    Petition for Allowance of Appeal from
HOLTER, MARK & GLENDA STERNER, :    the Order of the Superior Court
JOHN & VERONICA MOLITORIS, :
MICHAEL MALINOWSKI, WILLIAM & :
KELLY GROZIER, SHANE & CHANTEL :
LEVARDI, HAROLD & SAMANTHA :
PIASECKI, JAMES & JENNIFER HYDE, :
JANE BURLINGAME, DWAYNE & :
SANDRA HILTON, CATHY MCDANIELS, :
SHANNON KOCH, ROBERT KOWALSKI, :
SR., KARLEEN FULLER, JASON & :
MELANIE LEAR, BETH ALBA, WILLIAM :
FEDDER, HEATHER FLANNERY, JODY :
KUCZENSKI, BRIAN BETZ, CALISTRIA :
PITKIN, TONI MORMANDO, THOMAS & :
AMY DIBATTISTA, MICHAEL :
MONTECALVO, THOMAS & MARIE :
CICINI, ERIN & JAMES MORAN, :
CHARLES BENSCOTER, GENE & ROSE :
BLOCKUS, ANNA FARRUGGIO, :
DARRELL & NORMA JONES, COLLEEN :
& SHAWN GOLOMB, ANDREA & DENNIS :
EVENSEN, SCOTT & MOLLY KERN, :
ESTEE BECK, MARION & JOHN :
CELONA, ROBERT SUKEL, BOB :
ALBERTSON, JACKSON TRAUGH, :
SANTE D'AMBROSIO, KELLIE :
SOBERICK, JEFFREY EYER, KEN & :
VERONICA LOCKARD, ERNEST COLE, :
DINESH MERTA, MICHAEL WHITEMIRE, :
DEANNA SHUCKERS, FRED KITCHEN, :
KERRI & TONY TROIANI, JEROME & :
JUDITH GOLOMB, JEFFERY CAIN, :
BETTE RYAN, STEVE KINNEY, SCOTT & :
CHRISTINE HOOK, DAVE & GERA :
ZEITLER, ANDREW & JESSICA :
WALTER, PAMELA HOLTER, SUSAN :
SLUSSER, DAVID R. SZATKOWSKI, :
PAUL FRICKS, CAROL & ROBERT :

SEIGFRIED, LAMONT BROWN, AUDREY :
MALONEY, HAROLD & SAMANTHA :
PIASECKI, LENARD BADOLATO, MARK :
& MARCELLA BENISH, DAVID & SUE :
BOGART, KEITH & HEATHER :
BOTTO,STEVEN BOWER, JENNIFER :
BURNS, CAROL & ROBERT :
CHAMBERS, BOB CLARK, STELLA :
DIETRICH, LORI DENNIS, LINDA EYER, :
KEN FERGUSON, RANDY & CANDICE :
FIOREY, KAREN FULLER, DONALD :
GOFF, LEWIS GRIFFITHS, NANCY :
GUARD, JIM HOLLOWAY, HERBERT & :
JUDY HARMON, AND BEVERLY :
HARMON, :
:
         Petitioners :
:
:
      v. :
:
:
PAUL & SUZANNA M. DAGOSTIN, AND :
DOUGLAS ZEHNER, AND COUNTRY :
VIEW FAMILY FARMS, LLC, :
:
        Respondents

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.